STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN GREENE (CA SBN 230807)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
RICHARD G. ROSE
Trial Attorney, Tax Division
United States Department of Justice
  P.O. Box 7238, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 616-2032
  Facsimile: (202) 514-6770
  Email: richard.g.rose@usdoj.gov

Attorneys for Plaintiff the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    vs.<br><br>ROBERT L. CARDOZA,<br><br>      Defendant. | Case No. CV  14-1912 RSWL<br><br>FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST ROBERT L. CARDOZA |

///

///

///

1

Pursuant to the "STIPULATION FOR ENTRY OF FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST ROBERT L. CARDOZA" filed concurrently herewith:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The court has jurisdiction over defendant Robert L. Cardoza, and over the subject matter of this proposed action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

2. Pursuant to 26 U.S.C. §§ 7402 , 7407 and 7408, Defendant Robert L. Cardoza:

 a. is permanently enjoined from acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns or other tax forms or documents for any person or entity other than himself (or his spouse if he files a joint return);

 b. is permanently enjoined from misrepresenting his experience or education as a tax return preparer;

 c. consents, without further proceedings, to immediate revocation of any Preparer Tax Identification Number (PTIN) that is held by, or assigned to, or used by him pursuant to 26 U.S.C. § 6109;

 d. consents, without further proceedings, to immediate revocation of any Electronic Filing Identification Number (EFIN) held by, assigned to, or used by him; and

 e. is permanently enjoined from using, maintaining, obtaining, transferring, selling, or assigning any PTIN(s) and EFIN(s).

3. Defendant Robert L. Cardoza waives the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure and 26 U.S.C. §§ 7402, 7407 and 7408.

4.      Defendant Robert L. Cardoza understands that this Final Judgment of Permanent Injunction will constitute the final judgment against him in this civil injunction action.  Defendant Robert L. Cardoza waives any right he may have to appeal from this Final Judgment of Permanent Injunction.

5.      Defendant Robert L. Cardoza consents to the entry of this Final Judgment of Permanent Injunction and agrees to be bound by its terms.

6.      Entry of this Final Judgment of Permanent Injunction resolves only this civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings, nor precludes Defendant Robert L. Cardoza from contesting his liability or guilt in any other matter or proceeding.

7.      Nothing in this Final Judgment of Permanent Injunction precludes the Internal Revenue Service from assessing taxes, interest, or penalties against him for asserted violations of the Internal Revenue Code, nor precludes Defendant Robert L. Cardoza from contesting such taxes, interest, or penalties.

8.      This Court shall retain jurisdiction over the defendant, Robert L. Cardoza, and over this action to enforce this Final Judgment of Permanent Injunction and the United States shall be entitled to conduct discovery to monitor Defendant Robert L. Cardoza's compliance with the terms of this injunction entered against him.

///

///

///

3

1        9.    Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this

2    Final Judgment of Permanent Injunction binds the following who receive actual

3    notice of it by personal service or otherwise:

4            a.  the defendant, Robert L. Cardoza;

5            b.  Robert L. Cardoza's officers, agents, servants, employees, and

6                attorneys; and

7            c.  other persons who are in active concert or participation with

8                anyone described in (a) or (b) above.

9    **IT IS SO ORDERED.**

10

11   DATED:   9/18/2014          **RONALD S.W. LEW**

12                                           HON. RONALD S.W. LEW

13                                           SENIOR U.S. DISTRICT JUDGE

14

15   Respectfully Submitted,

16   STEPHANIE YONEKURA
     Acting United States Attorney
17   SANDRA R. BROWN
     Assistant United States Attorney
18   Chief, Tax Division
     GAVIN GREENE
19   Assistant United States Attorney

20

21        /s/

22   RICHARD G. ROSE

23   Trial Attorney, Tax Division
     U.S. Department of Justice

24

25   Attorneys for Plaintiff
     United States of America

26

27

28

                                          4